**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| QUAD INT'L, INC., | CASE NO. 0:12-cv-2684 |
| Plaintiff, | |
| v. | |
| | Judge: Hon. Richard H. Kyle |
| JOHN DOE, | Magistrate Judge: Hon. Jeanne J. Graham |
| Defendant. | |

**PLAINTIFF'S RESPONSE TO ANONYMOUS OBJECTION**

On February 5, 2013, an anonymous individual claiming to be associated with IP address 24.179.184.104 ("Movant") filed a letter with the Court and stated that the letter shall "serve as an anonymous objection to the disclosure of identifying information mandated in the subpoena on Charter Communications, LLC." (ECF No. 11.) To the extent this objection is viewed as a motion to quash Plaintiff's subpoena, Movant has failed to raise a valid legal argument for quashing a subpoena under the Rules. *See* Fed. R. Civ. P. 45(c); *see also Quad Int'l, Inc. v. John Doe*, No. 0:12-cv-2685 (D. Minn. Jan 25, 2013), ECF No. 23 (denying a motion to quash because, *inter alia*, the movant failed to "offer a particularized basis to quash the subpoena."). Movant's objection should, therefore, be denied and his personal information should be released, so Plaintiff can identify the Defendant and proceed forward in this matter.

        Respectfully submitted,

        Quad Int'l., Inc.

DATED: February 18, 2013

        By:    s/ Michael K. Dugas
               Michael K. Dugas
               Bar No. 0392158
               Attorney for Quad Int'l., Inc.
               Alpha Law Firm LLC
               900 IDS Center
               80 South 8th Street
               Minneapolis, MN 55402
               Telephone: (415) 325 – 5900
               mkdugas@wefightpiracy.com